```
1  LEROY SMITH, State Bar No. 107702
   County Counsel, County of Ventura
2  MARINA PORCHE, State Bar. No. 162809
   Assistant County Counsel
3  ANNE M. LARSEN, State Bar No. 150521
   Assistant County Counsel
4  marina.porche@ventura.org
   800 South Victoria Avenue, L/C #1830
5  Ventura, California 93009
   Telephone:  (805) 654-2594
6  Facsimile:   (805) 654-2185

7
   Attorneys for Defendant
8  Ventura County Sheriff Geoff Dean
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD NORDSTROM,<br><br>             Plaintiff,<br>vs.<br><br>VENTURA COUNTY SHERIFF GEOFF DEAN,<br><br>             Defendants. | No. 2:15-cv-07607-DMG-FFM<br><br>DEFENDANT VENTURA COUNTY SHERIFF GEOFF DEAN'S APPLICATION TO FILE DOCUMENTS UNDER SEAL<br><br>Date: December 18, 2015<br>Time: 9:30 a.m.<br>Ctrm: 7<br>Trial: Not Set<br><br>Judge: Hon. Dolly M. Gee<br>Complaint Filed: September 28, 2015 |

     Defendant Ventura County Sheriff Geoff Dean (the "Sheriff") hereby requests the court's leave to file certain unredacted documents under seal. The Sheriff notes that page 11 of the Standard Initial and Renewal Application for License to Carry a Concealed Weapon ("CCW") states in pertinent part, "Notwithstanding any other provision of law and pursuant to the Public Records Act (Government Code section 6250 et seq.), I understand that information contained in this application may be a matter of public record." However, during the application process, a CCW applicant is asked to disclose information pertaining to arrests, formal charges, and convictions as well as certain medical

1

information. The Sheriff requests the court to make the threshhold determination of whether to seal portions of the briefing discussing arrests, formal charges, convictions and certain medical information. If the court determines that Plaintiff has no expectation of privacy by virtue of Plaintiff's having filed his complaint and the CCW Application admonition that such information may be made public, the Sheriff will promptly comply with a court order to electronically file such documents.

At present time, the Sheriff has not electronically filed a copy of the Plaintiff's CCW application or the June 23, 2015, memorandum by Sheriff Detective Charles Heckman, and the Sheriff has electronically filed *redacted* copies of the Declaration of Charles Heckman, the Declaration of Geoff Dean, the Declaration of Marina Porche, Defendant Ventura County Sheriff Geoff Dean's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Judgment, and Defendant Ventura County Sheriff Geoff Dean's Statement of Genuine Disputes of Material Fact in Opposition to Plaintiff's Motion for Summary Judgment.

The Sheriff applies to the court for leave to file under seal the following documents, unless the court determines filing under seal is not warranted, and directs the Sheriff to file these documents electronically:

1. Plaintiff Ronald Nordstrom's CCW Application, attached hereto as Exhibit A, and referenced in the declaration of Charles Heckman as internal Exhibit A, and referenced in the Declaration of Geoff Dean as internal Exhibit D.

2. June 23, 2015, memorandum prepared by Sheriff Detective Charles Heckman, attached hereto as Exhibit B, and referenced in the Declaration of Charles Heckman as internal Exhibit B, and referenced in the Declaration of Geoff Dean as internal Exhibit E.

3. Unredacted copy of Declaration of Charles Heckman, attached hereto as Exhibit C.

1     4. Unredacted copy of Declaration of Geoff Dean, attached hereto as Exhibit D.

    5. Unredacted copy of Declaration of Marina Porche, attached hereto as Exhibit E.

    6. Unredacted Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Judgment, attached hereto as Exhibit F.

    7. Unredacted Statement of Genuine Disputes of Material Fact in Opposition to Plaintiff's Motion for Summary Judgment, attached hereto as Exhibit G.

LEROY SMITH  
County Counsel, County of Ventura

Dated: November 24, 2015    By _____  
                                            MARINA PORCHE  
                                            Assistant County Counsel

Attorneys for Defendant Ventura County Sheriff Dean

REFERENCED EXHIBITS A THROUGH G ARE NOT
BEING ELECTRONICALLY FILED WITH THE APPLICATION
AND PROPOSED ORDER

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF VENTURA**

The undersigned declares:

I am a resident of or employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action. My business address is County Counsel's Office, 800 South Victoria Avenue, L/C # 1830, Ventura, California 93009-1830.

On November 25, 2015, I served the within **DEFENDANT VENTURA COUNTY SHERIFF GEOFF DEAN'S APPLICATION TO FILE DOCUMENTS UNDER SEAL** on:

Jonathan W. Birdt
Attorney at Law
18252 Bermuda Street
Porter Ranch, California 91326

[ ] **by addressing an envelope** to the above-named person(s) as indicated above, and placing in the envelope a true copy of each of said documents, and by then placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[X] **by an express service carrier** (a guaranteed next day delivery service), by placing a true copy of the above-stated document(s) in an envelope or package designated by said carrier and addressing it to the person(s) on whom it is to be served.

[ ] **by personal service** by delivering said document(s) by hand to the above-named person(s) as indicated above in the manner provided in Code of Civil Procedure section 1011 or the Federal Rules of Civil Procedure, rule 5(b).

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on , at Ventura, California.

[X] **(FEDERAL)** I declare under penalty of perjury that I am employed in the office of the member of the bar of this court at whose direction the service was made. Executed on November 25, 2015, at Ventura, California.

_____
PAM TISSLER